# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW DAVID MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>NATIVE LINK CONSTRUCTION, LLC., NATIVE LINK, LLC., POINTGUARD FINANCIAL, PLCC, JP MORGAN CHASE & CO., MELINDA THOMPSON-WALK, MITCHEL PAUL WALK, PATRICK L. NOLAN, NATE RIGGAN, KRISTEN JANOSICK,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civil No. 2:15-cv-01605 (JFC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

    Kindly enter my appearance in the above-captioned case for Defendants JPMorgan Chase & Co and Kristen Janosick.

Dated: January 26, 2016

                                        REED SMITH LLP

                                        By: */s/* Nellie E. Hestin
                                              Nellie E. Hestin, Esquire
                                              PA ID No. 311788
                                              225 Fifth Avenue
                                              Pittsburgh, PA 15222-2716
                                              nhestin@reedsmith.com
                                              Tel: (412) 288-3013
                                              Fax: (412) 288-3063
                                              ***Counsel for Defendants JPMorgan***
                                              ***Chase & Co and Kristen Janosick***

- 2 -

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 26, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF, and served a copy by U.S. mail on Plaintiff at the following address:

  Matthew David Miller
  4387 Winchester Drive
  Allison Park, PA 15101

                */s/* Nellie E. Hestin
                Nellie E. Hestinf
                *Counsel for Defendants JPMorgan Chase &*
                *Co. and Kristen Janosick*