IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW DAVID MILLER, | ) |
|        Plaintiff, | ) ) ) |
|        v. | ) ) Civil No. 2:15-cv-01605 (JFC) ) |
| NATIVE LINK CONSTRUCTION, LLC., NATIVE LINK, LLC., POINTGUARD FINANCIAL, PLCC, JP MORGAN CHASE & CO., MELINDA THOMPSON-WALK, MITCHEL PAUL WALK, PATRICK L. NOLAN, NATE RIGGAN, KRISTEN JANOSICK, | ) ) ) ) ) ) ) |
|        Defendants. | |

JPMORGAN CHASE & CO.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant JPMorgan Chase & Co. certifies that JPMorgan Chase & Co. is a publicly traded company.  No publicly held corporation owns 10% or more of JPMorgan Chase & Co.'s stock.

Dated: January 26, 2016

                              REED SMITH LLP

                              By: */s/* Nellie E. Hestin
                                  Nellie E. Hestin, Esquire
                                  PA ID No. 311788
                                  225 Fifth Avenue
                                  Pittsburgh, PA 15222-2716
                                  nhestin@reedsmith.com
                                  Tel: (412) 288-3013
                                  Fax: (412) 288-3063
                                  *Counsel for Defendants JPMorgan*
                                  *Chase & Co and Kristen Janosick*

- 2 -

**CERTIFICATE OF SERVICE**

 I hereby certify that on January 26 , 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF, and served a copy by U.S. mail on Plaintiff at the following address:

  Matthew David Miller
  4387 Winchester Drive
  Allison Park, PA 15101

            */s/* Nellie E. Hestin
            Nellie E. Hestinf
            *Counsel for Defendants JPMorgan Chase &*
            *Co. and Kristen Janosick*