IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW DAVID MILLER,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIVE LINK CONSTRUCTION, LLC, NATIVE LINK, LLC, POINTGUARD FINANCIAL, PLCC, JP MORGAN CHASE & CO., MELINDA THOMPSON-WALK, MITCHELL PAUL WALK, PATRICK L. NOLAN, NATE RIGGAN, AND KRISTEN JANOSICK<br><br>    Defendants. | Case No.: 2:15-cv-01605-JFC |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Burns White, LLC and Lyle Washowich, Esquire on behalf of Defendants Pointguard Financial, PLLC and Nate Riggan.

                                    Burns White LLC

                            BY:   /s/ Lyle Washowich
                                   Lyle Washowich, Esquire
                                   PA I.D. #84348
                                   Four Northshore Center, 106 Isabella Street
                                   Pittsburgh, PA 15212
                                   412-995-3004
                                   ldwashowich@burnswhite.com
                                   Attorneys for Pointguard Financial, PLLC and
                                   Nate Riggan, CPA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of February, 2016, the foregoing Notice of Appearance has been electronically filed and served upon all counsel of record via the Court's ECF filing system.

                Burns White LLC

    BY:    /s/ Lyle Washowich
                Lyle Washowich, Esquire