IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MATTHEW DAVID MILLER

    Plaintiff,

vs.

NATIVE LINK CONSTRUCTION, LLC, NATIVE LINK, LLC, POINTGUARD FINANCIAL, PLCC, JP MORGAN CHASE & CO., MELINDA THOMPSON-WALK, MITCHELL PAUL WALK, PATRICK L. NOLAN, NATE RIGGAN, AND KRISTEN JANOSICK

    Defendants.

Case No.: 2:15-cv-01605-JFC

## RULE 7.1 DISCLOSURE STATEMENT

Defendants, Pointguard Financial, PLCC and Nate Riggan, CPA, make the following disclosure pursuant to Local Rule 7.1.  Pointguard Financial, PLLC is a professional limited liability company solely owned by Nate Riggan, CPA.  Pointguard Financial, PLLC has not offered shares of stock for public purchase.

    Burns White LLC

BY:    /s/ Lyle Washowich
    Lyle Washowich, Esquire
    PA I.D. #84348
    Four Northshore Center, 106 Isabella Street
    Pittsburgh, PA 15212
    412-995-3004
    ldwashowich@burnswhite.com
    Attorneys for Pointguard Financial, PLLC and Nate Riggan, CPA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of February, 2016, the foregoing Rule 7.1 Disclosure Statement has been electronically filed and served upon all counsel of record via the Court's ECF filing system.

                                      Burns White LLC


                BY:    /s/ Lyle Washowich
                              Lyle Washowich, Esquire