IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW DAVID MILLER,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIVE LINK CONSTRUCTION, LLC, NATIVE LINK, LLC, POINTGUARD FINANCIAL, PLCC, JP MORGAN CHASE & CO., MELINDA THOMPSON-WALK, MITCHELL PAUL WALK, PATRICK L. NOLAN, NATE RIGGAN, AND KRISTEN JANOSICK<br><br>    Defendants. | Case No.: 2:15-cv-01605-JFC |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Burns White, LLC and Kenneth N. Schott, Esquire on behalf of Defendants Pointguard Financial, PLLC and Nate Riggan.

                        Burns White LLC

BY:   /s/Kenneth N. Schott_____
         Kenneth N. Schott, Esquire
         PA I.D. #320716
         Four Northshore Center, 106 Isabella Street
         Pittsburgh, PA 15212
         412-995-3282
         knschott@burnswhite.com
         Attorneys for Pointguard Financial, PLLC and
         Nate Riggan, CPA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of February, 2016, the foregoing Notice of Appearance has been electronically filed and served upon all counsel of record via the Court's ECF filing system.

                Burns White LLC

BY:   /s/Kenneth N. Schott
        Kenneth N. Schott, Esquire